IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JANET CRANE, as Administrator of Brock Tucker's Estate,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UTAH DEP'T OF CORR. et al.,<br><br>　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:16-CV-1103-DN<br><br>District Judge David Nuffer |

　　　IT IS ORDERED AND ADJUDGED that Plaintiff's action is dismissed with prejudice, Defendants' Motion to Dismiss on Pleadings having been granted.

　　　The Clerk of Court is directed to CLOSE this action.

　　　Dated February 4, 2020.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　David Nuffer
　　　　　　　　　　　　　　　　　　　　　　United States District Judge