**RANDALL W RICHARDS #4503** of
**RICHARDS & BROWN PC**
Attorney for Defendant
938 University Park Blvd. Suite 140
Clearfield, UT 84015
Telephone: 801-773-2080
Randy@richardsbrownlaw.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| JANET CRANE, | ) | **2:16-CV 01103-DN** |
| Plaintiff, | ) | **Notice of Appeal** |
| vs. | ) | |
| UTAH DEPARTMENT OF CORRECTIONS, | ) | |
| Defendant. | ) | |

Notice is hereby given that Janet Crane, Plaintiff in the above entitled case hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on the 4th day of February, 2020.

DATED this __4____ day of March 2020.

/s/: Randall W. Richards
RANDALL W RICHARDS
Affiant/Plaintiff

Subscribed and sworn before me this __4____ day of March 2020.

/s/Kari Lynn Kulak_____
Notary Commission #694072
Exp: 03/29/2021
State of Utah

**CERTIFICATE OF MAILING**

I hereby certify that I Court electronic filing served a true and correct copy of the foregoing Notice of Appeal:

Prisoner Litigation Unit   utdecf_prisonerlitigationunit@utd.uscourts.gov

Brent M. Johnson   brentj@email.utcourts.gov, minhvanb@utcourts.gov

Emily A. Swenson   easwensonatty@gmail.com, easwensonlaw@gmail.com

Heather J. Chesnut   hchesnut@agutah.gov, fpratt@agutah.gov, rwoodruff@agutah.gov, shaunallen@agutah.gov

Phillip S. Ferguson   phillip.ferguson@chrisjen.com, ferguson0406@msn.com, meredith.baker@chrisjen.com

Randall W Richards   randy@richardsbrownlaw.com, lawyers@richardsbrownlaw.com

Sarah E. Spencer   sarah.spencer@chrisjen.com, anne.macleod@chrisjen.com

Scott D. Cheney   scheney@agutah.gov, slcornell@agutah.gov

Shelley M. Doi-Taketa   sdoi@hpslaw.com, bjohnson@hpslaw.com, dgillane@hpslaw.com, shelleydoi@gmail.com

DATED this _4th____ day of March 2020

/s/:Kari L. Kulak
Kari Kulak
Paralegal