APPEAL,CLOSED,JURY,OPEN_MJ,PRISONER
Email All Attys
Email All Attys and Secondary Emails

## US District Court Electronic Case Filing System
## District of Utah (Central)
## CIVIL DOCKET FOR CASE #: 2:16−cv−01103−DN

| | |
|---|---|
| Crane v. Utah Department of Corrections et al | Date Filed: 10/27/2016 |
| Assigned to: Judge David Nuffer | Date Terminated: 02/04/2020 |
| Case in other court: 3rd District, Salt Lake County, 160906144 | Jury Demand: Both |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 555 Prison Petitions (Prison Condition) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Janet Crane**
*as Administrator of the Estate of Brock Tucker*

represented by  **Emily A. Swenson**
EMILY A SWENSON PC
2661 WASHINGTON BLVD STE 103
OGDEN, UT 84401
(801)409−0271
Email: easwensonatty@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall W Richards**
RICHARDS & BROWN PC
938 UNIVERSITY PARK BLVD STE 140
CLEARFIELD, UT 84015
(801)773−2080
Email: randy@richardsbrownlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janet M. Conway**
CANNON LAW GROUP
53 S 600 E
SALT LAKE CITY, UT 84102
(801)363−2999
Email: janet@cannonlawgroup.com
*TERMINATED: 12/18/2017*
*ATTORNEY TO BE NOTICED*

**Ross C. Anderson**
LAW OFFICES OF ROCKY ANDERSON
8 E BROADWAY STE 450
SALT LAKE CITY, UT 84111
(801)349−1690
Email: rocky@andersonlawoffices.org
*TERMINATED: 04/27/2017*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Utah Department of Corrections** | represented by | **Heather J. Chesnut** |

UTAH ATTORNEY GENERAL'S OFFICE
(160–6–140856)
LITIGATION UNIT
160 E 300 S 6TH FL
PO BOX 140856
SALT LAKE CITY, UT 84114–0856
(801)366–0100
Email: hchesnut@agutah.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle J. Kaiser**
UTAH ATTORNEY GENERAL'S OFFICE
(160–6–140856)
LITIGATION UNIT
160 E 300 S 6TH FL
PO BOX 140856
SALT LAKE CITY, UT 84114–0856
(801)366–0100
Email: kkaiser@agutah.gov
*TERMINATED: 08/12/2019*
*ATTORNEY TO BE NOTICED*

**Meb W. Anderson**
UTAH ATTORNEY GENERAL'S OFFICE
ASSISTANT ATTORNEY GENERAL
SOUTHERN UTAH UNIVERSITY
PO BOX 8700
CEDAR CITY, UT 84720
(435)865–8056
Email: mebanderson@agutah.gov
*TERMINATED: 06/11/2019*
*ATTORNEY TO BE NOTICED*

**Scott D. Cheney**
UTAH ATTORNEY GENERAL'S OFFICE
(160–5–140857)
160 E 300 S 5TH FL
PO BOX 140857
SALT LAKE CITY, UT 84114–0857
(801)366–0353
Email: scheney@agutah.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**Alfred Bigelow**
*Warden of the Central Utah Correctional Facility*

**Heather J. Chesnut**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Kyle J. Kaiser**
(See above for address)
*TERMINATED: 08/12/2019*
ATTORNEY TO BE NOTICED

**Meb W. Anderson**
(See above for address)
*TERMINATED: 06/11/2019*
ATTORNEY TO BE NOTICED

**Scott D. Cheney**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Richard Garden**
*Director of the Clinical Services Bureau for the Utah Department of Corrections*

represented by **Heather J. Chesnut**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Kyle J. Kaiser**
(See above for address)
*TERMINATED: 08/12/2019*
ATTORNEY TO BE NOTICED

**Meb W. Anderson**
(See above for address)
*TERMINATED: 06/11/2019*
ATTORNEY TO BE NOTICED

**Scott D. Cheney**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Don Taylor**
*an Inmate Disciplinary Officer at the Central Utah Correctional Facility*

represented by **Heather J. Chesnut**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Kyle J. Kaiser**
(See above for address)
*TERMINATED: 08/12/2019*
ATTORNEY TO BE NOTICED

**Meb W. Anderson**

(See above for address)
*TERMINATED: 06/11/2019*
*ATTORNEY TO BE NOTICED*

**Scott D. Cheney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FNU Cox**
*a Correctional Officer at Central Utah Correctional Facility*

represented by **Heather J. Chesnut**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle J. Kaiser**
(See above for address)
*TERMINATED: 08/12/2019*
*ATTORNEY TO BE NOTICED*

**Meb W. Anderson**
(See above for address)
*TERMINATED: 06/11/2019*
*ATTORNEY TO BE NOTICED*

**Scott D. Cheney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brent Platt**
*the Director of Utah's Division of Child and Family Services*

represented by **Heather J. Chesnut**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle J. Kaiser**
(See above for address)
*TERMINATED: 08/12/2019*
*ATTORNEY TO BE NOTICED*

**Meb W. Anderson**
(See above for address)
*TERMINATED: 06/11/2019*
*ATTORNEY TO BE NOTICED*

**Scott D. Cheney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John DeWitt**
*the Director of Juvenile Justice*

represented by **Kyle J. Kaiser**
(See above for address)

*Services*
*TERMINATED: 02/10/2017*

*TERMINATED: 08/12/2019*
*ATTORNEY TO BE NOTICED*

**Meb W. Anderson**
(See above for address)
*TERMINATED: 06/11/2019*
*ATTORNEY TO BE NOTICED*

**Scott D. Cheney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Futures Through Choices**
*a Private Corporation*
*TERMINATED: 09/28/2017*

represented by **Phillip S. Ferguson**
CHRISTENSEN & JENSEN PC
257 E 200 S STE 1100
SALT LAKE CITY, UT 84111
(801)323–5000
Email: phillip.ferguson@chrisjen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah E. Spencer**
CHRISTENSEN & JENSEN PC
257 E 200 S STE 1100
SALT LAKE CITY, UT 84111
(801) 323–5000
Email: sarah.spencer@chrisjen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Universal Health Services**
*a Private For–Profit Corporation*

**Defendant**

**Jeremy Cottle**
*the CEO and Managing Director of Provo Canyon School*
*TERMINATED: 09/28/2017*

represented by **Shelley M. Doi–Taketa**
HALL PRANGLE & SCHOONVELD
111 E BROADWAY STE 700
SALT LAKE CITY, UT 84111
(801)320–0900
Email: sdoi@hpslaw.com
*ATTORNEY TO BE NOTICED*

**Tawni J. Anderson**
HALL PRANGLE & SCHOONVELD
111 E BROADWAY STE 700
SALT LAKE CITY, UT 84111
(801) 320–0900
Email: tanderson@hpslaw.com
*TERMINATED: 06/11/2019*

*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Susan Burke** | represented by | **Heather J. Chesnut** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Kyle J. Kaiser** <br> (See above for address) <br> *TERMINATED: 08/12/2019* <br> *ATTORNEY TO BE NOTICED* |
| | | **Meb W. Anderson** <br> (See above for address) <br> *TERMINATED: 06/11/2019* <br> *ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Brent Newton** <br> *TERMINATED: 09/28/2017* | represented by | **Brent M. Johnson** <br> ADMINISTRATIVE OFFICE OF THE COURTS <br> PO BOX 140241 <br> SALT LAKE CITY, UT 84114−0241 <br> (801)578−3800 <br> Email: brentj@email.utcourts.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Kristin Fadel** <br> *TERMINATED: 09/28/2017* | represented by | **Brent M. Johnson** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **David Johnson** <br> *TERMINATED: 09/28/2017* | represented by | **Brent M. Johnson** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Steven Miller** <br> *TERMINATED: 09/28/2017* | represented by | **Brent M. Johnson** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Notice Party**

| | | |
|---|---|---|
| **Prisoner Litigation Unit** | represented by | **Prisoner Litigation Unit** <br> US District Court, District of Utah |

Email: utdecf_prisonerlitigationunit@utd.uscourts.gov
PRO SE

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/27/2016 | 1 | | Case has been indexed and assigned to Magistrate Judge Dustin B. Pead. Defendants Alfred Bigelow, FNU Cox, John DeWitt, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections is directed to E–File the Notice of Removal and cover sheet (found under Complaints and Other Initiating Documents) and pay the filing fee of $ 400.00 by the end of the business day. NOTE: The court will not have jurisdiction until the opening document is electronically filed and the filing fee paid in the CM/ECF system. (mms) (Entered: 10/27/2016) |
| 10/27/2016 | 2 | | NOTICE OF REMOVAL from 3rd District Court Salt Lake County, case number 160906144, (Filing fee $ 400, receipt number 1088–2625312) filed by Alfred Bigelow, John DeWitt, Utah Department of Corrections, FNU Cox, Richard Garden, Brent Platt, Don Taylor. (Attachments: # 1 Exhibit A – Complaint, # 2 Exhibit B – COS, # 3 Civil Cover Sheet Civil Cover Sheet) Assigned to Magistrate Judge Dustin B. Pead (Anderson, Meb) (Entered: 10/27/2016) |
| 10/28/2016 | 3 | | NOTICE OF ADR, e–mailed or mailed to Defendants Alfred Bigelow, FNU Cox, John DeWitt, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections, Plaintiff Janet Crane. (mms) (Entered: 10/28/2016) |
| 12/01/2016 | 4 | | NOTICE of Appearance by Phillip S. Ferguson on behalf of Futures Through Choices (Ferguson, Phillip) (Entered: 12/01/2016) |
| 12/01/2016 | 5 | | NOTICE of Appearance by Sarah E. Spencer on behalf of Futures Through Choices (Spencer, Sarah) (Entered: 12/01/2016) |
| 12/01/2016 | 6 | | Stipulated MOTION for Extension of Time to File Answer filed by Defendant Futures Through Choices. (Attachments: # 1 Exhibit Summons)(Ferguson, Phillip) (Entered: 12/01/2016) |
| 12/01/2016 | 7 | | ORDER granting 6 Stipulated Motion for Extension of Time to respond to complaint. Defendant Futures Through choices, Inc., shall respond to plaintiff's complaint on or before December 11, 2016. Answer deadline updated for Futures Through Choices answer due 12/11/2016. Signed by Magistrate Judge Dustin B. Pead on 12/01/2016. (kpf) (Entered: 12/01/2016) |
| 12/07/2016 | 8 | | WAIVER OF SERVICE Returned Executed filed by Alfred Bigelow as to Alfred Bigelow Waiver sent on 10/11/2016, answer due 12/12/2016. (Anderson, Meb) (Entered: 12/07/2016) |
| 12/07/2016 | 9 | | WAIVER OF SERVICE Returned Executed filed by FNU Cox as to FNU Cox Waiver sent on 10/11/2016, answer due 12/12/2016. (Anderson, Meb) (Entered: 12/07/2016) |
| 12/07/2016 | 10 | | WAIVER OF SERVICE Returned Executed filed by John DeWitt as to John DeWitt Waiver sent on 10/11/2016, answer due 12/12/2016. (Anderson, Meb) (Entered: 12/07/2016) |

| | | | |
|---|---|---|---|
| 12/07/2016 | 11 | | WAIVER OF SERVICE Returned Executed filed by Utah Department of Corrections as to Utah Department of Corrections Waiver sent on 10/11/2016, answer due 12/12/2016. (Anderson, Meb) (Entered: 12/07/2016) |
| 12/07/2016 | 12 | | WAIVER OF SERVICE Returned Executed filed by Richard Garden as to Richard Garden Waiver sent on 10/11/2016, answer due 12/12/2016. (Anderson, Meb) (Entered: 12/07/2016) |
| 12/07/2016 | 13 | | WAIVER OF SERVICE Returned Executed filed by Brent Platt as to Brent Platt Waiver sent on 10/11/2016, answer due 12/12/2016. (Anderson, Meb) (Entered: 12/07/2016) |
| 12/07/2016 | 14 | | WAIVER OF SERVICE Returned Executed filed by Don Taylor as to Don Taylor Waiver sent on 10/11/2016, answer due 12/12/2016. (Anderson, Meb) (Entered: 12/07/2016) |
| 12/12/2016 | 15 | | MOTION for Extension of Time to File Answer filed by Defendants Alfred Bigelow, FNU Cox, John DeWitt, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections. (Attachments: # 1 Text of Proposed Order)(Anderson, Meb) (Entered: 12/12/2016) |
| 12/12/2016 | 16 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Defendant Futures Through Choices. (Spencer, Sarah) (Entered: 12/12/2016) |
| 12/13/2016 | 17 | | ORDER granting 15 Motion for Extension of Time to Answer re 2 Notice of Removal,. Answer deadline updated for Alfred Bigelow answer due 12/27/2016; FNU Cox answer due 12/27/2016; John DeWitt answer due 12/27/2016; Richard Garden answer due 12/27/2016; Brent Platt answer due 12/27/2016; Don Taylor answer due 12/27/2016; Utah Department of Corrections answer due 12/27/2016. Signed by Magistrate Judge Dustin B. Pead on 12/13/2016. (las) (Entered: 12/13/2016) |
| 12/13/2016 | 18 | | NOTICE of Appearance by Shelley M. Doi−Taketa on behalf of Jeremy Cottle (Doi−Taketa, Shelley) (Entered: 12/13/2016) |
| 12/13/2016 | 19 | | NOTICE of Appearance by Tawni J. Anderson on behalf of Jeremy Cottle (Anderson, Tawni) (Entered: 12/13/2016) |
| 12/22/2016 | 20 | | Stipulated MOTION for Extension of Time to File Answer and Memorandum in Support *or Otherwise Respond to Plaintiffs' Complaint* filed by Defendants Alfred Bigelow, FNU Cox, John DeWitt, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections. (Attachments: # 1 Text of Proposed Order)(Anderson, Meb) (Entered: 12/22/2016) |
| 12/27/2016 | 21 | | ORDER granting 20 Motion for Extension of Time to Answer re 2 Notice of Removal. Answer deadline updated for Alfred Bigelow answer due 1/10/2017; FNU Cox answer due 1/10/2017; John DeWitt answer due 1/10/2017; Richard Garden answer due 1/10/2017; Brent Platt answer due 1/10/2017; Don Taylor answer due 1/10/2017; Utah Department of Corrections answer due 1/10/2017. Signed by Magistrate Judge Dustin B. Pead on 12/23/2016. (jds) (Entered: 12/27/2016) |
| 12/28/2016 | 22 | | Stipulated MOTION for Extension of Time Responsive Pleading and Memorandum in Support filed by Defendant Jeremy Cottle. (Attachments: # 1 Text of Proposed Order)(Anderson, Tawni) Modified on 1/3/2017 by changing |

| | | | |
|---|---|---|---|
| | | | Motion type to Motion for extension for time to file answer(las). (Entered: 12/28/2016) |
| 01/03/2017 | 23 | | REPORT OF ATTORNEY PLANNING MEETING. (Anderson, Ross) (Entered: 01/03/2017) |
| 01/03/2017 | 24 | | ORDER granting 22 Motion for Extension of Time to Answer re 2 Notice of Removal,. Answer deadline updated for Jeremy Cottle answer due 1/10/2017. Signed by Magistrate Judge Dustin B. Pead on 1/1/2017. (las) (Entered: 01/03/2017) |
| 01/09/2017 | 25 | | SCHEDULING ORDER: Amended Pleadings due by 5/15/2017. Joinder of Parties due by 5/15/2017. Discovery due by 3/1/2018. Motions due by 5/1/2018. Status Conference set for 5/8/2018 at 02:00 PM in Rm 7.100 before Magistrate Judge Dustin B. Pead. Signed by Magistrate Judge Evelyn J. Furse on 1/9/2017. (las) (Entered: 01/09/2017) |
| 01/10/2017 | 26 | | Defendant's MOTION to Dismiss and Memorandum in Support , MOTION for Summary Judgment and Memorandum in Support filed by Defendant Jeremy Cottle. (Attachments: # 1 Exhibit 1 – Declaration of Jeremy Cottle, # 2 Exhibit 2 – JCAHO accreditation, # 3 Exhibit 3 – Intermediate Secure Care license)(Anderson, Tawni) (Entered: 01/10/2017) |
| 01/10/2017 | 27 | | MOTION for Extension of Time to File Answer re 2 Notice of Removal, and Memorandum in Support filed by Defendants Alfred Bigelow, FNU Cox, John DeWitt, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections. (Attachments: # 1 Text of Proposed Order)(Anderson, Meb) (Entered: 01/10/2017) |
| 01/10/2017 | 28 | | Plaintiff's MEMORANDUM in Opposition re 16 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Plaintiff Janet Crane. (Anderson, Ross) (Entered: 01/10/2017) |
| 01/11/2017 | 29 | | ORDER granting 27 Motion for Extension of Time to Answer re 2 Notice of Removal,. Answer deadline updated for Alfred Bigelow answer due 1/18/2017; FNU Cox answer due 1/18/2017; John DeWitt answer due 1/18/2017; Richard Garden answer due 1/18/2017; Brent Platt answer due 1/18/2017; Don Taylor answer due 1/18/2017; Utah Department of Corrections answer due 1/18/2017. Signed by Magistrate Judge Dustin B. Pead on 1/11/2017. (las) (Entered: 01/11/2017) |
| 01/19/2017 | 30 | | DOCKET TEXT ORDER FOR REASSIGNMENT. In light of the pending motions to dismiss 16 26 along with the current status of the case which prevents the completion of consent to jurisdiction of a Magistrate Judge by all parties, the court hereby ORDERS that this case be randomly reassigned to the District Court. Signed by Magistrate Judge Dustin B. Pead on 1/19/2017. (amn) (Entered: 01/19/2017) |
| 01/20/2017 | 31 | | After review of the case, case reassigned to District Judge per 30 Docket Text Order. Case randomly assigned to Judge David Nuffer. Magistrate Judge Dustin B. Pead no longer assigned to the case. (las) (Entered: 01/20/2017) |
| 01/20/2017 | 32 | | ANSWER to Complaint with Jury Demand filed by John DeWitt, Brent Platt.(Anderson, Meb) (Entered: 01/20/2017) |
| 01/20/2017 | 33 | | |

| | | | |
|---|---|---|---|
| | | | ANSWER to Complaint with Jury Demand filed by Alfred Bigelow, FNU Cox, Richard Garden, Don Taylor, Utah Department of Corrections.(Anderson, Meb) (Entered: 01/20/2017) |
| 01/20/2017 | 34 | | MOTION for Protective Order and Memorandum in Support filed by Defendants Alfred Bigelow, FNU Cox, John DeWitt, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections. (Attachments: # 1 Text of Proposed Order)(Anderson, Meb) (Entered: 01/20/2017) |
| 01/24/2017 | 35 | | REPLY to Response to Motion re 16 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Defendant Futures Through Choices. (Spencer, Sarah) (Entered: 01/24/2017) |
| 01/27/2017 | 36 | | REQUEST to Submit for Decision re 16 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and Memorandum in Support filed by Defendant Futures Through Choices. (Spencer, Sarah) (Entered: 01/27/2017) |
| 01/30/2017 | 37 | | Stipulated MOTION for Extension of Time to File Response/Reply *Plaintiff's Memorandum in Opposition to Jeremy Cottle's Motion to Dismiss* filed by Plaintiff Janet Crane. (Attachments: # 1 Text of Proposed Order Order Granting Stipulated Motion for Extension of Time to File Plaintiff's Memorandum in Opposition to Jeremy Cottle's Motion to Dismiss)(Anderson, Ross) (Entered: 01/30/2017) |
| 01/31/2017 | 38 | | CLERKS ORDER of Granting Motion re 37 Stipulated MOTION for Extension of Time to File Response/Reply *Plaintiff's Memorandum in Opposition to Jeremy Cottle's Motion to Dismiss* signed by Anne W. Morgan (kpf) (Entered: 01/31/2017) |
| 02/10/2017 | 39 | | AMENDED COMPLAINT against All Defendants with Jury Demand. *New Defendants: Susan Burke.* Removed Defendants: John DeWitt. filed by Janet Crane. (Anderson, Ross) (Entered: 02/10/2017) |
| 02/17/2017 | 40 | | First MOTION to Quash Subpoenas and Memorandum in Support filed by Movants Kristin Fadel, David Johnson, Steven Miller, Brent Newton. (Attachments: # 1 Exhibit Subpoena, # 2 Exhibit Correspondence, # 3 Exhibit Utah Code Section 78A−6−902, # 4 Exhibit Ethics Advisory Opinion No. 95−08) Attorney Brent M. Johnson added to party Kristin Fadel(pty:mov), Attorney Brent M. Johnson added to party David Johnson(pty:mov), Attorney Brent M. Johnson added to party Steven Miller(pty:mov), Attorney Brent M. Johnson added to party Brent Newton(pty:mov)(Johnson, Brent) (Entered: 02/17/2017) |
| 02/17/2017 | 41 | | NOTICE of Pendency of Motion to Dismiss by Futures Through Choices re 16 MOTION to Dismiss for Failure to State a Claim (Spencer, Sarah) (Entered: 02/17/2017) |
| 02/28/2017 | 42 | | Plaintiff's MEMORANDUM in Opposition re 26 Defendant's MOTION to Dismiss MOTION for Summary Judgment filed by Plaintiff Janet Crane. (Anderson, Ross) (Entered: 02/28/2017) |
| 03/02/2017 | 43 | | ORDER granting 34 Motion for Protective Order. Signed by Judge David Nuffer on 03/02/2017. (kpf) (Entered: 03/02/2017) |
| 03/02/2017 | 44 | | CLERK'S NOTICE OF ERRORS re 36 Request to Submit for Decision, 37 MOTION, 39 Amended Complaint, 41 Notice (Other), 42 Memorandum in |

| | | | |
|---|---|---|---|
| | | | Opposition to Motion. Description of errors: documents have wrong judge information/initials in the captions. Filers are reminded to keep track of any/all judge reassignments and ensure that all case information on documents matches that appearing at the top of each CM/ECF screen before submitting same. (alt) (Entered: 03/02/2017) |
| 03/02/2017 | 45 | | NOTICE OF ERROR re 39 Amended Complaint. The amended complaint was filed incorrectly as against "All Defendants". Document should not have been filed against dft John DeWitt. Filers are reminded to select individual parties from the drop down "Select a Party" lists and not use the "Select a Group" choices unless the case involves a very large number of parties and all are represented by the same counsel. (alt) (Entered: 03/02/2017) |
| 03/03/2017 | 46 | | RESPONSE to Motion re 40 First MOTION to Quash Subpoenas and Memorandum in Support filed by Plaintiff Janet Crane. (Attachments: # 1 Exhibit Declaration of Ross C. Anderson and Supporting Exhibits)(Anderson, Ross) (Entered: 03/03/2017) |
| 03/09/2017 | 47 | | MOTION for Extension of Time to File Response/Reply as to 42 Memorandum in Opposition to Motion, 26 Defendant's MOTION to Dismiss MOTION for Summary Judgment and Memorandum in Support filed by Defendant Jeremy Cottle. (Attachments: # 1 Text of Proposed Order)(Anderson, Tawni) (Entered: 03/09/2017) |
| 03/14/2017 | 48 | | REPLY to Response to Motion re 40 First MOTION to Quash Subpoenas and Memorandum in Support filed by Movants Kristin Fadel, David Johnson, Steven Miller, Brent Newton. (Johnson, Brent) (Entered: 03/14/2017) |
| 03/14/2017 | 49 | | ORDER granting 47 Motion for Extension of Time to File Response/Reply re 47 MOTION for Extension of Time to File Response/Reply as to 42 Memorandum in Opposition to Motion, 26 Defendant's MOTION to Dismiss MOTION for Summary Judgment and Memorandum in Support Replies due by 3/24/2017. Signed by Judge David Nuffer on 3/14/2017. (kpf) (Entered: 03/14/2017) |
| 03/21/2017 | 50 | | REQUEST to Submit for Decision re 46 Response to Motion, 48 Reply Memorandum/Reply to Response to Motion, 40 First MOTION to Quash Subpoenas and Memorandum in Support filed by Movants Kristin Fadel, David Johnson, Steven Miller, Brent Newton. (Johnson, Brent) (Entered: 03/21/2017) |
| 03/24/2017 | 51 | | REPLY to Response to Motion re 26 Defendant's MOTION to Dismiss MOTION for Summary Judgment filed by Defendant Jeremy Cottle. (Anderson, Tawni) (Entered: 03/24/2017) |
| 03/24/2017 | 52 | | REQUEST to Submit for Decision re 51 Reply Memorandum/Reply to Response to Motion, 42 Memorandum in Opposition to Motion, 26 Defendant's MOTION to Dismiss MOTION for Summary Judgment filed by Defendant Jeremy Cottle. (Anderson, Tawni) (Entered: 03/24/2017) |
| 03/27/2017 | 53 | | NOTICE OF WITHDRAWAL OF COUNSEL of Janet M. Conway filed by Ross C. Anderson *and Janet M. Conway* on behalf of Janet Crane (Anderson, Ross) (Entered: 03/27/2017) |
| 03/28/2017 | 54 | | NOTICE of SUPPLEMENTAL AUTHORITY by Janet Crane re 42 Memorandum in Opposition to Motion *to Dismiss and Motion for Summary* |

| | | | |
|---|---|---|---|
| | | | *Judgment* (Anderson, Ross) (Entered: 03/28/2017) |
| 04/27/2017 | 55 | | SUBSTITUTION OF COUNSEL Emily A. Swenson replacing Ross C. Anderson as counsel on behalf of Janet Crane. (Swenson, Emily) (Entered: 04/27/2017) |
| 04/27/2017 | 56 | | First MOTION to Amend/Correct 25 Scheduling Order, and Memorandum in Support filed by Plaintiff Janet Crane. (Attachments: # 1 Text of Proposed Order)(Swenson, Emily) (Entered: 04/27/2017) |
| 05/23/2017 | 57 | | ORDER granting 56 Motion to Amend Scheduling Order: Amended Pleadings due by Plaintiff 8/1/2017, Defendant 8/15/2017. Joinder of Parties due by Plaintiff 8/1/2017, Defendant 8/15/2017. Discovery due by 6/1/2018. Motions due by 8/1/2018. Final Pretrial Conference set for 12/17/2018 at 02:30 PM in Rm 3.100 before Judge David Nuffer. 10 Day Jury Trial set for 1/7/2019 at 08:00 AM in Rm 3.100 before Judge David Nuffer. Signed by Magistrate Judge Evelyn J. Furse on 5/23/2017. (jds) (Entered: 05/23/2017) |
| 09/28/2017 | 58 | | MEMORANDUM DECISION AND ORDER granting 16 Motion to Dismiss for Failure to State a Claim; granting 26 Motion to Dismiss; denying 40 Motion to Quash; claims against defendants Jeremy Cottle and Futures Through Choices are dismissed. Signed by Judge David Nuffer on 9/28/17 (alt) (Entered: 09/28/2017) |
| 09/29/2017 | 59 | | DOCKET TEXT ORDER CORRECTING 58 Memorandum Decision and Order Dismissing FTC and Cottle.<br>The last paragraph of the order regarding the motion by Brocks former attorneys to quash Plaintiffs subpoenas for their records regarding Brock Turner (Docket Entry # 40) is STRICKEN from the order.<br>The clerk shall modify the docket to reflect that this order is yet to be decided. Signed by Judge David Nuffer on September 29, 2017. No attached document (DN) (Entered: 09/29/2017) |
| 01/30/2018 | 60 | | Stipulated MOTION to Amend/Correct *Scheduling Order* filed by Plaintiff Janet Crane. (Attachments: # 1 Exhibit Proposed Second Amended Scheduling Order)(Swenson, Emily) (Entered: 01/30/2018) |
| 02/09/2018 | 61 | | DOCKET TEXT ORDER denying 60 Motion to Amend/Correct without prejudice for failure to state a good cause. Signed by Magistrate Judge Evelyn J. Furse on 2/9/2018. No attached document. (jds) (Entered: 02/09/2018) |
| 03/02/2018 | 62 | | Second MOTION for Scheduling Order and Memorandum in Support *Stipulated* filed by Defendants Alfred Bigelow, FNU Cox, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections. (Attachments: # 1 Text of Proposed Order)(Anderson, Meb) (Entered: 03/02/2018) |
| 03/16/2018 | 63 | | ORDER granting 62 Motion for Amended Scheduling Order. Expert Discovery due by 12/3/2018. Motions due by 2/1/2019. Final Pretrial Conference set for 6/24/2019 at 02:30 PM in Rm 3.100 before Judge David Nuffer. 10–Day Jury Trial set for 7/8/2019 at 08:00 AM in Rm 3.100 before Judge David Nuffer. Signed by Magistrate Judge Evelyn J. Furse on 3/13/18 (alt) (Entered: 03/16/2018) |
| 04/10/2018 | 64 | | CERTIFICATE OF SERVICE by Janet Crane *First Set of Interrogatories to UDC* (Swenson, Emily) (Entered: 04/10/2018) |

| | | | |
|---|---|---|---|
| 04/10/2018 | 65 | | CERTIFICATE OF SERVICE by Janet Crane *First Set of Interrogatories to Bigelow* (Swenson, Emily) (Entered: 04/10/2018) |
| 04/10/2018 | 66 | | CERTIFICATE OF SERVICE by Janet Crane *First Set of Interrogatories to Garden* (Swenson, Emily) (Entered: 04/10/2018) |
| 07/05/2018 | 67 | | NOTICE of Appearance by Randall W Richards on behalf of Janet Crane (Richards, Randall) (Entered: 07/05/2018) |
| 07/31/2018 | 68 | | Third MOTION for Scheduling Order filed by Plaintiff Janet Crane. (Attachments: # 1 Proposed Third Scheduling Order)(Swenson, Emily) (Entered: 07/31/2018) |
| 08/03/2018 | 69 | | ORDER granting 68 Motion for Third Amended Scheduling Order. Expert Discovery due by 6/3/2019. Motions due by 8/1/2019. Final Pretrial Conference set for 2/10/2020 at 02:30 PM in Rm 7.300 before Judge David Nuffer. 10–Day Jury Trial set for 2/24/2020 at 08:00 AM in Rm 7.300 before Judge David Nuffer. Signed by Judge David Nuffer on 8/2/18 (alt) (Entered: 08/03/2018) |
| 10/05/2018 | 70 | | MOTION for Amended Scheduling Order filed by Plaintiff Janet Crane. (Attachments: # 1 Text of Proposed Order Proposed 4th Amended Scheduling Order)(Swenson, Emily) (Entered: 10/05/2018) |
| 10/05/2018 | 71 | | CERTIFICATE OF SERVICE by Janet Crane *Plaintiff's 2nd Set of Requests to UDOC* (Swenson, Emily) (Entered: 10/05/2018) |
| 10/25/2018 | 72 | | **NOTICE OF HEARING ON MOTION** re: 70 MOTION for Amended Scheduling Order : Motion Hearing set for Monday, 11/5/2018 at 11:00 AM in Rm 7.300 before Judge David Nuffer. (asb) (Entered: 10/25/2018) |
| 11/04/2018 | 73 | | MOTION for Judgment on the Pleadings and Memorandum in Support filed by Defendants Alfred Bigelow, Susan Burke, FNU Cox, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections. Attorney Meb W. Anderson added to party Susan Burke(pty:dft)(Anderson, Meb) (Entered: 11/04/2018) |
| 11/05/2018 | 74 | | Minute Order. Proceedings held before Judge David Nuffer:<br>Counsel present for parties. Court reviewed the history of scheduling in the case. Discussion heard on the delays in the case. Court granted the motion to amend the scheduling order. Court will issue the amended scheduling order. Court set the briefing schedule on the defendants motion for judgment on the pleadings: Response 12/17/2018; Reply due 1/7/2019. Plaintiffs counsel to file a joint case status report on 12/17/2018.<br>Court adjourned.<br>granting 70 Motion for Amended Scheduling Order ; taking under advisement 73 Motion for Judgment on the Pleadings ; Motion Hearing held on 11/5/2018 re 70 MOTION for Amended Scheduling Order filed by Janet Crane, 73 MOTION for Judgment on the Pleadings and Memorandum in Support filed by Susan Burke, FNU Cox, Don Taylor, Brent Platt, Utah Department of Corrections, Alfred Bigelow, Richard Garden ; Set Deadlines/Hearing as to 70 MOTION for Amended Scheduling Order , 73 MOTION for Judgment on the Pleadings and Memorandum in Support :( Responses due by 12/17/2018, Replies due by 1/7/2019.). Written Order to follow oral order: Yes. Attorney for Plaintiff: Randall Richards, Emily Swensen, Attorney for Defendant Meb Anderson. Court Reporter: Becky Janke.(Time Start: 11:01, Time End: 11:34, Room 7.300.) (asb) (Entered: 11/05/2018) |

| 12/17/2018 | 75 | | MOTION for Extension of Time to File Response/Reply as to 73 MOTION for Judgment on the Pleadings and Memorandum in Support and Memorandum in Support filed by Plaintiff Janet Crane. (Attachments: # 1 Text of Proposed Order)(Swenson, Emily) (Entered: 12/17/2018) |
| --- | --- | --- | --- |
| 12/17/2018 | 76 | | STATUS REPORT –*Joint Case Status Report* by Janet Crane. (Swenson, Emily) (Entered: 12/17/2018) |
| 12/18/2018 | 77 | | ORDER granting 75 Motion for Extension of Time to File Response/Reply re 73 MOTION for Judgment on the Pleadings and Memorandum in Support Responses due by 12/24/2018 Signed by Judge David Nuffer on 12/17/2018. (kpf) (Entered: 12/18/2018) |
| 12/24/2018 | 78 | | MEMORANDUM in Opposition re 73 MOTION for Judgment on the Pleadings and Memorandum in Support filed by Plaintiff Janet Crane. (Swenson, Emily) (Entered: 12/24/2018) |
| 12/24/2018 | 79 | | CERTIFICATE OF SERVICE by Janet Crane *Memo in Opposition* (Swenson, Emily) (Entered: 12/24/2018) |
| 12/26/2018 | 80 | | Quarterly MEMORANDUM in Opposition re 73 MOTION for Judgment on the Pleadings and Memorandum in Support filed by Plaintiff Janet Crane. (Swenson, Emily) (Entered: 12/26/2018) |
| 01/04/2019 | 81 | | Stipulated MOTION for Extension of Time to File Response/Reply as to 73 MOTION for Judgment on the Pleadings and Memorandum in Support and Memorandum in Support filed by Defendants Alfred Bigelow, Susan Burke, FNU Cox, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections. (Attachments: # 1 Text of Proposed Order)(Anderson, Meb) (Entered: 01/04/2019) |
| 01/11/2019 | 82 | | ORDER granting 81 Motion for Extension of Time to File Response/Reply re 73 MOTION for Judgment on the Pleadings and Memorandum in Support Replies due by 1/11/2019. Signed by Judge David Nuffer on 1/11/2019. (kpf) (Entered: 01/11/2019) |
| 01/11/2019 | 83 | | REPLY to Response to Motion re 73 MOTION for Judgment on the Pleadings and Memorandum in Support filed by Defendants Alfred Bigelow, Susan Burke, FNU Cox, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections. (Anderson, Meb) (Entered: 01/11/2019) |
| 01/11/2019 | 84 | | REQUEST to Submit for Decision re 73 MOTION for Judgment on the Pleadings and Memorandum in Support filed by Defendants Alfred Bigelow, Susan Burke, FNU Cox, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections. (Anderson, Meb) (Entered: 01/11/2019) |
| 01/18/2019 | 85 | | REQUEST for Oral Argument re 73 MOTION for Judgment on the Pleadings and Memorandum in Support filed by Plaintiff Janet Crane. (Swenson, Emily) (Entered: 01/18/2019) |
| 03/12/2019 | 86 | | Stipulated MOTION to Stay and Memorandum in Support *re Pretrial Dates* filed by Plaintiff Janet Crane. (Attachments: # 1 Text of Proposed Order Proposed Order on Stip Motion)(Swenson, Emily) Modified on 3/13/2019: corrected motion relief and entry text (alt) (Entered: 03/12/2019) |
| 03/13/2019 | | | |

| | | | |
|---|---|---|---|
| | | | Modification of Docket re 86 Stipulated MOTION for Scheduling Order. Error: Filer selected the wrong motion relief, "Scheduling Order" and incorrectly added text as to the actual relief sought. Correction: Motion relief will be corrected to "Stay". (alt) (Entered: 03/13/2019) |
| 03/13/2019 | 87 | | ORDER granting 86 Motion to Stay existing pre–trial dates pending review of 73 MOTION for Judgment on the Pleadings and related documents. Signed by Judge David Nuffer on 3/12/19 (alt) (Entered: 03/13/2019) |
| 06/11/2019 | 88 | | SUBSTITUTION OF COUNSEL Kyle J. Kaiser replacing Meb W. Anderson and Tawni J. Anderson as counsel on behalf of Alfred Bigelow, Susan Burke, FNU Cox, John DeWitt, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections. (Kaiser, Kyle) (Entered: 06/11/2019) |
| 08/12/2019 | 89 | | SUBSTITUTION OF COUNSEL Heather J. Chesnut replacing Kyle J. Kaiser as counsel on behalf of Alfred Bigelow, Susan Burke, FNU Cox, Richard Garden, Brent Platt, Don Taylor, Utah Department of Corrections. (Chesnut, Heather) (Entered: 08/12/2019) |
| 12/04/2019 | 90 | | **NOTICE VACATING FINAL PRETRIAL CONFERENCE previously set for 2/10/2020 at 2:30 p.m. and 10–DAY JURY TRIAL previously set to begin 2/24/2020 at 8:00 a.m. HEARING** set for before Judge David Nuffer. See Order 87 staying all deadlines until ruling on the dispositive motions. (asb) (Entered: 12/04/2019) |
| 02/04/2020 | 91 | | MEMORANDUM DECISION & ORDER GRANTING MOTION FOR JUDGMENT ON PLEADINGS: granting 73 Motion for Judgment on the Pleadings. All Defendants and claims having now been dismissed, this action is CLOSED. Signed by Judge David Nuffer on 02/04/2020. (kpf) (Entered: 02/04/2020) |
| 02/04/2020 | 92 | | JUDGMENT: It is ordered and adjudged that Plaintiffs action is dismissed with prejudice, Defendants' Motion to Dismiss on Pleadings having been granted. The Clerk of Court is directed to CLOSE this action. Signed by Judge David Nuffer on 02/04/2020. (kpf) (Entered: 02/04/2020) |
| 02/13/2020 | 93 | | MOTION to Withdraw as Counsel and Memorandum in Support filed by Plaintiff Janet Crane. (Attachments: # 1 Text of Proposed Order Proposed Order)(Swenson, Emily) (Entered: 02/13/2020) |
| 03/04/2020 | 94 | | NOTICE OF APPEAL as to 92 Judgment, filed by Janet Crane. Appeals to the USCA for the 10th Circuit. Filing fee $ 505, receipt number AUTDC–3513016. (Richards, Randall) (Entered: 03/04/2020) |

**RANDALL W RICHARDS #4503** of
**RICHARDS & BROWN PC**
Attorney for Defendant
938 University Park Blvd. Suite 140
Clearfield, UT 84015
Telephone: 801-773-2080
Randy@richardsbrownlaw.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| JANET CRANE, | ) | **2:16-CV 01103-DN** |
| Plaintiff, | ) | **Notice of Appeal** |
| vs. | ) | |
| UTAH DEPARTMENT OF CORRECTIONS, | ) | |
| Defendant. | ) | |

Notice is hereby given that Janet Crane, Plaintiff in the above entitled case hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on the 4th day of February, 2020.

DATED this __4___ day of March 2020.

      /s/: Randall W. Richards
      RANDALL W RICHARDS
      Affiant/Plaintiff

Subscribed and sworn before me this __4___ day of March 2020.

      /s/Kari Lynn Kulak_____
      Notary Commission #694072
      Exp: 03/29/2021
      State of Utah

# CERTIFICATE OF MAILING

I hereby certify that I Court electronic filing served a true and correct copy of the foregoing Notice of Appeal:

Prisoner Litigation Unit    utdecf_prisonerlitigationunit@utd.uscourts.gov

Brent M. Johnson    brentj@email.utcourts.gov, minhvanb@utcourts.gov

Emily A. Swenson    easwensonatty@gmail.com, easwensonlaw@gmail.com

Heather J. Chesnut    hchesnut@agutah.gov, fpratt@agutah.gov, rwoodruff@agutah.gov, shaunallen@agutah.gov

Phillip S. Ferguson    phillip.ferguson@chrisjen.com, ferguson0406@msn.com, meredith.baker@chrisjen.com

Randall W Richards    randy@richardsbrownlaw.com, lawyers@richardsbrownlaw.com

Sarah E. Spencer    sarah.spencer@chrisjen.com, anne.macleod@chrisjen.com

Scott D. Cheney    scheney@agutah.gov, slcornell@agutah.gov

Shelley M. Doi-Taketa    sdoi@hpslaw.com, bjohnson@hpslaw.com, dgillane@hpslaw.com, shelleydoi@gmail.com


DATED this _4th ____ day of March 2020

                                                /s/:Kari L. Kulak
                                                Kari Kulak
                                                Paralegal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JANET CRANE, as Administrator of Brock Tucker's Estate,<br><br>Plaintiff,<br><br>v.<br><br>UTAH DEP'T OF CORR. et al.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:16-CV-1103-DN<br><br>District Judge David Nuffer |

 IT IS ORDERED AND ADJUDGED that Plaintiff's action is dismissed with prejudice, Defendants' Motion to Dismiss on Pleadings having been granted.

 The Clerk of Court is directed to CLOSE this action.

 Dated February 4, 2020.

BY THE COURT:

_____
David Nuffer
United States District Judge